■ TILTCRETE, LLC, Appellant, v WIDEWATERS CONSTRUCTION, INC., Respondent. (Appeal No. 1.) [951 NYS2d 418]—Appeal from an order of the Supreme Court, Onondaga County (John C. Cherundolo, A.J.), entered July 15, 2011 in a breach of contract action. The order dismissed the complaint and awarded money damages to defendant after a nonjury trial.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning, Inc.*, 147 AD2d 977 [1989]). Present—Scudder, P.J., Centra, Sconiers and Martoche, JJ.

■ TILTCRETE, LLC, Appellant, v WIDEWATERS CONSTRUCTION, INC., Respondent. (Appeal No. 2.) [951 NYS2d 418]—Appeal from an order of the Supreme Court, Onondaga County (John C. Cherundolo, A.J.), entered August 25, 2011 in a breach of contract action. The order awarded attorney's fees to defendant.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning, Inc.*, 147 AD2d 977 [1989]). Present—Scudder, P.J., Centra, Sconiers and Martoche, JJ.